IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| IN RE: | § | |
|---|---|---|
| | § | CASE NO. 12-11739 (BLS) |
| Vickie Scott | § | |
| | § | |
| DEBTOR. | § | |
| | § | |

ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check made payable to Vickie Scott, in the amount of $570.00 was not charged against the bank account of the debtor's estate within the 90-day limit pursuant to 11 U.S.C.§347 and an unclaimed money report was entered to close the account and transfer the monies into the registry of the Clerk, United States Bankruptcy Court, and

It further appearing that Vickie Scott C/o Dilks & Knopik, LLC now claims the above monies in the petition attached hereto,

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $570.00, to:

Vickie Scott
C/o Dilks & Knopik, LLC
35308 SE Center St
Snoqualmie, WA 98065-9216

Dated: October 23, 2014

United States Bankruptcy Judge